1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NEW TECHNOLOGY ADVANTAGE,
KEVIN DONAHOE-CEO,

        Plaintiff,

   v.

STEVE PETRUZELLI, WILLAMETTE
DENTAL GROUP, PC, ET AL.,

        Defendant(s).

Case No. C07-5240RBL

ORDER

      This matter comes before the Court on three motions by Plaintiff. The court has considered the pleadings filed in support of and in opposition to the motion and the file herein.

      Plaintiff's Emergency MOTION to Compel mental competency hearing for Judge Ronald Leighton to EVALUATE his "mental fitness / compentency" [sic] for public duty as a judge, Dkt. #56, is **DENIED**.

      Plaintiff's motions for Default Judgment must be denied because the defendants in question properly responded to Plaintiff's complaint or are no longer parties to this action. CR 55 governs defaults: "Upon motion by a party... the clerk shall enter the default of any party against whom a judgment for affirmative relief is sought but who has failed to plead *or otherwise defend.*" Filing either a motion to dismiss under Fed. R. Civ. P. 12(b)(6) or a motion for summary judgment under Fed. R. Civ. P. 56 is a sufficient response, if timely, to avoid an entry of default.

      Plaintiff's Proposed MOTION for Default Judgment for not filing a RESPONSE before time ran

ORDER
Page - 1

out to file it, Dkt. #53, is therefore **DENIED** because defendant Steve Petrucelli timely moved for summary judgment, Dkt. # 12; defendant "George Bush Jr." (presumed to be George W. Bush, the president of the United States) timely moved to dismiss, Dkt. #16; defendant Christine Gregoire timely moved for summary judgment, Dkt. #9, and claims against her have been remanded to state court, Dkt. #50; and defendant Mark Foutch has been dismissed from this action, Dkt. #50.

Plaintiff's Proposed MOTION for Default Judgment against the American Dental Association and the American Medical Association for not filing responses before time ran out, Dkt. #54, is **DENIED** because those parties have also filed timely motions to dismiss, Dkt. #s 15, 18.

Therefore, it is hereby

**ORDERED** that Plaintiff's motions, Dkt. Nos. 53, 54, and 56 are DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 2 day of July, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE