1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NEW TECHNOLOGY ADVANTAGE,
KEVIN DONAHOE-CEO,

                  Plaintiff,

           v.

STEVE PETRUZELLI, WILLAMETTE
DENTAL GROUP, PC, ET AL.,

                 Defendant(s).

Case No. C07-5240RBL

ORDER DENYING
MOTION FOR
RECONSIDERATION

      This matter comes before the court on Plaintiff's "Opposing reply from plaintiff to judicial orders document 79," Dkt. #82. The court has treated this motion as if it were a motion for reconsideration of the court's order denying Plaintiff's motions for default judgment, Dkt. #79.

      Under Local Rule 7, " [m]otions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." CR 7(h), Local Rules W.D. Wash.

      The court did not err in its previous ruling and will not reconsider it here. Plaintiff has made conclusory allegations of manifest error, but has shown nothing more than the fact that Plaintiff disagrees with the court's previous ruling. Plaintiff has also shown no new facts or legal authority that could not have been brought to the court's attention earlier. Therefore, Plaintiff's "Opposing reply from plaintiff to judicial orders document 79," Dkt. #82, is hereby DENIED.

1      It is so **ORDERED**.

2      The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any

3  party appearing *pro se* at said party's last known address.

4      DATED this 5th day of July, 2007.

5

6

7  RONALD B. LEIGHTON
   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2