UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NEW TECHNOLOGY ADVANTAGE, KEVIN DONAHOE-CEO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVE PETRUZELLI, WILLAMETTE DENTAL GROUP, PC, ET AL.,<br><br>　　　　　Defendant(s). | Case No. C07-5240RBL<br><br>ORDER DISMISSING CLAIMS OF NEW TECHNOLOGY ADVANTAGE |

　　Kevin Donahoe filed the complaint in this case not only on his own behalf, but also on behalf of New Technology Advantage, Inc. (NTA), a Washington corporation, UBI 602123954. While natural persons such as Plaintiff Kevin Donahoe may appear *pro se*, artificial legal entities such as corporations can only act through their agents and must be represented by an attorney when appearing in court proceedings. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 201-203, 113 S.Ct. 716, 724 (1993); *Lloyd Enterprises, Inc. v. Longview Plumbing & Heating Co., Inc.,* 91 Wash. App. 697, 701, 958 P.2d 1035, 1038 (1998). Although Mr. Donahoe is an officer of NTA, he is not a lawyer, and he can therefore not represent another legal entity such as NTA.

　　On June 25, 2007, this court therefore directed Plaintiff NTA to SHOW CAUSE IN WRITING within 7 DAYS why the court should not dismiss NTA's claims, Dkt. No. 52. Plaintiff NTA did not show such cause or otherwise respond to that order. Therefore, it is ORDERED that the claims of Plaintiff NTA are hereby DISMISSED.

ORDER
Page - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 6th day of July, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE