AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

NEW TECHNOLOGY ADVANTAGE,
KEVIN DONAHOE-CEO,

    v.

CASE NUMBER:   C07-5240RBL

STEVE PETRUZELLI, WILLAMETTE
DENTAL GROUP, PC, et al.,

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Claims of Plaintiff NTA are DISMISSED.

*DATED : July 9, 2007*

                          BRUCE  RIFKIN
                       *Clerk*

                          /s/   J. Boring
                       *(By) Deputy Clerk*